IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD HUSE and JEFF DUNCAN,

    Plaintiffs,

    v.

AUBURN HONDA, JAY COOPER, JIMMY RAY MULLINS, AMERICAN HONDA MOTOR CO., and DOES 1-30,

    Defendants.

_____/

CIV. S-04-0227 DFL/JFM

ORDER

On September 21, 2004, the court granted a motion for summary judgment in favor of defendants Auburn Honda, Jay Cooper, and Jimmy Ray Mullins, finding that the arbitration agreement between plaintiffs and defendants was enforceable.  (9/21/2004 Order at 16.)  Plaintiffs now ask that the court order all parties to proceed to trial under either 9 U.S.C. § 4 or California Code of Civil Procedure § 1281(c).  The primary basis for the motion is that American Honda is not party to the arbitration agreement.

1  By order of the same date, the court has granted American
2 Honda's separate motion for summary judgment as to all claims
3 against it.  Without American Honda, the underpinning of
4 plaintiffs' motion is removed.  Therefore, plaintiffs' motion is
5 DENIED.  The parties' related motions for sanctions are also
6 DENIED.

8  IT IS SO ORDERED.
9 Dated: 6/10/2005

*/s/ David F. Levi*

DAVID F. LEVI
United States District Judge