1  MARTIN F. JENNINGS, Jr.  SBN 040876
   STEPHAN A. MANDELL     SBN 095461
2  P.O. Box 2239
   Granite Bay, CA 95746
3
   Telephone:  (916) 791-2374
4  Fax:            (916) 791-3195

5  Attorneys for Plaintiffs
   RICHARD HUSE, JEFF DUNCAN
6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  RICHARD HUSE, JEFF DUNCAN, | Case No. CIV.S-04-0227 DFL/JFM |
| 12           Plaintiffs, | **PLAINTIFFS' REQUEST AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE OF AMERICAN HONDA MOTOR CO., INC.** |
| 13       v. | |
| 14  AUBURN HONDA, JAY COOPER, JIMMY RAY MULLINS; HONDA NORTH AMERICA, INC., and DOES 1 through 30, inclusive, | |
| 15 | |
| 16           Defendants. | |

DOCSSC1:358679.1

PLAINTIFFS' REQUEST AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE OF AMERICAN HONDA MOTOR CO., INC.

Plaintiffs Richard Huse and Jeff Duncan filed the above-captioned action on February 2, 2004. On April 27, 2004, the Court dismissed Honda North America, Inc. from the action. Thereafter, on October 12, 2004, Plaintiffs filed an amended complaint naming American Honda Motor Co., Inc. as a defendant in the action. Plaintiffs respectfully request that the Court dismiss Defendant American Honda Motor Company, Inc. with prejudice from the above-captioned action, *Huse, et al. v. Auburn Honda, et al.*, Case No. CIV. S-04-0227 DFL/JFM..

Dated: August 31, 2005.                              MARTIN F. JENNINGS, JR.


                                                  /S/
                                        ——————————————————
                                        Martin F. Jennings
                                        Attorney for Plaintiffs
                                        RICHARD HUSE AND JEFF DUNCAN


**ORDER**

**IT IS SO ORDERED.**

Dated: 9/16/2005

*(signature)*
DAVID F. LEVI
United States District Judge