```
WRIGHT & BRITTON
An Association of Attorneys
JOHN A. BRITTON - CBA NO. 055490
HAROLD C. WRIGHT - CBA NO. 044400
3741 Douglas Boulevard, Suite 380
Roseville, CA 95661
Telephone: (916) 781-2050
Facsimile: (916) 782-7560

Kurt T. Hendershott - CBA NO. 131036
CHAPMAN & INTRIERI, LLP
2236 Mariner Square Drive, Suite 300
Alameda, CA 94501-1089
Telephone: (510) 864-3600
Facsimile: (510) 864-3601

Attorneys for Defendants
AUBURN HONDA and JAY COOPER
```

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICHARD HUSE, JEFF DUNCAN, | CASE NO. CIV-S-04-0227 DFL JFM |
| Plaintiffs, | |
| vs. | **STIPULATION OF DISMISSAL AND ORDER THEREON** |
| AUBURN HONDA, JAY COOPER, JIMMY RAY MULLINS, HONDA NORTH AMERICA, INC., and DOES 1 through 30, inclusive, | |
| Defendants. | |

**IT IS HEREBY STIPULATED,** by and between the parties, through their attorneys of record, that this action be dismissed on behalf of Plaintiff Jeff Duncan only. Said action as to Jeff Duncan only will be dismissed with prejudice with reference to his own causes of action only. This stipulation is made pursuant to FRCP 41(a)(1).

IT IS SO STIPULATED:

DATED: 4-24-06          LAW OFFICES OF MARTIN F. JENNINGS, JR.

By: /s/ Martin-Jennings
MARTIN F. JENNINGS, JR.
Attorney for Plaintiff JEFF DUNCAN

-1-
**STIPULATION OF DISMISSAL AND ORDER THEREON**

| | | |
|---|---|---|
| 1 | DATED: 5-11-06 | WRIGHT & BRITTON |
| 2 | | |
| 3 | | By: /s/ John-Britton |
| | | JOHN A. BRITTON |
| 4 | | Attorneys for Defendants |
| | | AUBURN ASSOCIATES, INC., |
| 5 | | DBA AUBURN HONDA and JAY COOPER |
| 6 | DATED: 4-28-06 | CHAPMAN & INTRIERI LLP |
| 7 | | |
| 8 | | By: /s/Kurt-Hendershott |
| | | KURT T. HENDERSHOTT |
| 9 | | Co-Counsel for Defendants |
| | | AUBURN HONDA and JAY COOPER |
| 10 | DATED: 5-10-06 | THE COSTA LAW FIRM |
| 11 | | |
| 12 | | By: /s/Daniel-Costa |
| | | DANIEL P. COSTA |
| 13 | | Attorneys for Defendant |
| | | JIMMY RAY MULLINS |

## **ORDER**

Upon reviewing the stipulation referred to herein above, and good cause appearing, IT IS HEREBY ORDERED that Plaintiff Jeff Duncan's case is hereby dismissed with prejudice.

DATED: May 26, 2006

/s/ David F. Levi
UNITED STATES DISTRICT JUDGE